UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Richard Byrd Dodson, Jr.,

         Plaintiffs,

vs.                                        ORDER ADOPTING
                                           REPORT AND RECOMMENDATION

Bushy Creek Chili; Keef
Supply Company, Moose
Lake Prison(MCF),

         Defendants.                   Civil No. 10-544 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1.     That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order of March 4, 2010, and for failure to prosecute.

2.     That the Plaintiff's IFP Application [Docket No. 2] is denied, as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 06/16/10                                          s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge